# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

In Re. Di-Chem & Quality Technology, LLC

Debtor(s)

Case No. 21-30650

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/21      Petition Date: 08/31/21

Months Pending: 0      Industry Classification: ___

Reporting Method:  Accrual Basis ☐   Cash Basis ●

Debtor's Full-Time Employees (current): 4

Debtor's Full-Time Employees (as of date of order for relief): 4

## Supporting Documentation (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☒ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

_Paoli_
Signature of Responsible Party

Date: 12/29/21

Marcos Paoli
Printed Name of Responsible Party

Address: 198 Valley Chile Rd. Vinton, TX

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (06/07/2021)

1

Debtor's Name Di-Chem & Quality Technology, LLC        Case No. 21-30650

### Part 1: Cash Receipts and Disbursements

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | 59,951.10 | |
| b. | Total receipts (net of transfers between accounts) | 29,928.16 | |
| c. | Total disbursements (net of transfers between accounts) | 40,903.94 | |
| d. | Cash balance end of month (a+b-c) | 48,985.32 | |
| e. | Disbursements made by third party for the benefit of the estate | 0 | |
| f. | Total disbursements for quarterly fee calculation (c+e) | 40,903.94 | |

### Part 2: Asset and Liability Status
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | 52,651.90 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | 92,398.19 |
| c. | Inventory   (Book ●   Market ○   Other ○   (attach explanation)) | 33,640.14 |
| d. | Total current assets | 242,098.64 |
| e. | Total assets | 299,965.66 |
| f. | Postpetition payables (excluding taxes) | 18,952.36 |
| g. | Postpetition payables past due (excluding taxes) | 19,431.32 |
| h. | Postpetition taxes payable | 10,508.81 |
| i. | Postpetition taxes past due | 0 |
| j. | Total postpetition debt (f+h) | 29,461.16 |
| k. | Prepetition secured debt | 0 |
| l. | Prepetition priority debt | 0 |
| m. | Prepetition unsecured debt | 1,807,500.00 |
| n. | Total liabilities (debt) (j+k+l+m) | 1,836,961.16 |
| o. | Ending equity/net worth (e-n) | (1,537,004.50) |

### Part 3: Assets Sold or Transferred

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | 0 | |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | 0 | |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | 0 | |

### Part 4: Income Statement (Statement of Operations)
(Not generally applicable to Individual Debtors. See Instructions.)

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | 15,365.60 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | (22.91) | |
| c. | Gross profit (a-b) | 15,388.51 | |
| d. | Selling expenses | 525.00 | |
| e. | General and administrative expenses | 26,236.36 | |
| f. | Other expenses | 0 | |
| g. | Depreciation and/or amortization (not included in 4b) | 1,171.75 | |
| h. | Interest | 0 | |
| i. | Taxes (local, state, and federal) | 4,381.31 | |
| j. | Reorganization items | 0 | |
| k. | Profit (loss) | 15,754.16 | |

UST Form 11-MOR (06/07/2021)                    2

Debtor's Name Di-Chem & Quality Technology, LLC    Case No. 21-30650

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) Aggregate Total | | | | | |
| | Itemized Breakdown by Firm | | | | | |
| | Firm Name | Role | | | | |
| Delete i | | | | | | |
| Delete ii | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) Aggregate Total | | | | | |
| | Itemized Breakdown by Firm | | | | | |
| | Firm Name | Role | | | | |
| Delete i | | | | | | |
| Delete ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | 2,737.25 | |
| b. | Postpetition income taxes paid (local, state, and federal) | 2,737.25 | |
| c. | Postpetition employer payroll taxes accrued | 1,905.46 | |
| d. | Postpetition employer payroll taxes paid | 1,905.46 | |
| e. | Postpetition property taxes paid | 0 | |
| f. | Postpetition other taxes accrued (local, state, and federal) | 1,127.93 | |
| g. | Postpetition other taxes paid (local, state, and federal) | 1,127.93 | |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt? (if yes, see Instructions) | Yes | No ● |
| b. | Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) | Yes ○ | No ● |
| c. | Were any payments made to or on behalf of insiders? | Yes ○ | No ● |
| d. | Are you current on postpetition tax return filings? | Yes ● | No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ● | No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ● | No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○ | No ● |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○ | No ○ N/A ● |
| i. | Do you have: Worker's compensation insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| | Casualty/property insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| | General liability insurance? | Yes ● | No ○ |
| | If yes, are your premiums current? | Yes ● | No ○ N/A ○ (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ○ | No ● |

UST Form 11-MOR (06/07/2021)    3

Debtor's Name Di-Chem & Quality Technology, LLC                     Case No. 21-30650

k. Has a disclosure statement been filed with the court?    Yes ○   No ●
l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●   No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

a. Gross income (receipts) from salary and wages
b. Gross income (receipts) from self-employment
c. Gross income from all other sources
d. Total income in the reporting period (a+b+c)
e. Payroll deductions
f. Self-employment related expenses
g. Living expenses
h. All other expenses
i. Total expenses in the reporting period (e+f+g+h)
j. Difference between total income and total expenses (d-i)
k. List the total amount of all postpetition debts that are past due
l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?    Yes ○   No ○
m. If yes, have you made all Domestic Support Obligation payments?    Yes ○   No ○   N/A ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.

_/s/ Paoli_
Signature of Responsible Party

_President_
Title

_Marcos Paoli_
Printed Name of Responsible Party

_12/29/21_
Date

[ Save ]     [ Generate PDF for Court Filing and Remove Watermark ]

UST Form 11-MOR (06/07/2021)                          4

Di-Chem & Quality Technology LLC

Statement of Cash Receipts and Disbursments

| | | |
|---|---:|---:|
| Cash balance beginning 09/2021 | | 38,939.50 |
| Receipts | | 102,973.33 |
| Disbursements | (33,638.90) | |
| Taxes | (10,626.63) | (44,265.53) |
| Cash balance end 09/2021 | | 97,647.30 |

| | | |
|---|---:|---:|
| Cash balance beginning 10/2021 | | 97,647.53 |
| Receipts | | 55,712.95 |
| Disbursements | (87,064.01) | |
| Taxes | (6,335.37) | (93,399.38) |
| Cash balance end 10/2021 | | 59,961.10 |

| | | |
|---|---:|---:|
| Cash balance beginning 11/2021 | | 59,961.10 |
| Receipts | | 29,928.16 |
| Disbursements | (32,470.10) | |
| Taxes | (8,433.84) | (40,903.94) |
| Cash balance end 11/2021 | | 48,985.32 |

# Di-Chem Quality Technologies, LLC dba ChemStation

## Balance Sheet
### As of November 30, 2021

| | TOTAL |
|---|---:|
| **ASSETS** | |
|   Current Assets | |
|     Bank Accounts | |
|       1060 New Account 26702770 | 43,985.36 |
|     **Total Bank Accounts** | **$43,985.36** |
|     Accounts Receivable | |
|       1500 A/R - ChemStation | 145,049.89 |
|     **Total Accounts Receivable** | **$145,049.89** |
|     Other Current Assets | |
|       1075 A/R - Employee | 118.50 |
|       1078 A/R - Marcos E Paoli | 33,117.80 |
|       1079-A/R Dalia Sulcas | 242.44 |
|       1400 Inventory | 24,855.41 |
|       999 Undeposited Funds | -14,055.49 |
|       Inventory Asset | 8,784.73 |
|     **Total Other Current Assets** | **$53,063.39** |
|   **Total Current Assets** | **$242,098.64** |
|   Fixed Assets | |
|     2012 Franchise | 25,500.00 |
|     2015 Vehicles | 131,354.66 |
|     2017 Computer Equipment | 1,336.78 |
|     2019 Accum Amortization | -25,175.76 |
|     2020 Accum Depreciation | -165,391.16 |
|     2021 Equiptment-On Site | 75,688.86 |
|     2023 Equipment-Shop | 13,000.40 |
|     2025 Equipment-Truck | 1,553.24 |
|   **Total Fixed Assets** | **$57,867.02** |
| **TOTAL ASSETS** | **$299,965.66** |

Wednesday, December 29, 2021 01:00 PM GMT-07:00

1/3

| | TOTAL |
|---|---:|
| **LIABILITIES AND EQUITY** | |
|   Liabilities | |
|     Current Liabilities | |
|       Accounts Payable | |
|         3000 Accounts Payable - Trade | 38,383.67 |
|       **Total Accounts Payable** | **$38,383.67** |
|       Credit Cards | |
|         3010 A/P - AmExpress-22006 | 1.05 |
|         3010 A/P - Capital One | 24,234.11 |
|         3016 A/P - Discover | -18.38 |
|       **Total Credit Cards** | **$24,216.78** |
|       Other Current Liabilities | |
|         3026 A/P-Stockholder | 142,207.25 |
|         3035 N/P Toyota Finance 1 | 754.86 |
|         3040 N/P Toyota Finance 2 | 821.58 |
|         3070 FUTA Tax Payable | 134.76 |
|         3075 TWC Tax Payable | 1,758.28 |
|         3080 FICA Tax Payable | -3,493.30 |
|         3085 Fed W/H Tax Payable | -1,769.93 |
|         3110 Texas Sales Tax Payable | -273.12 |
|         3115 NM Gross Receipts Payable | -3,975.09 |
|         3145 Current Portion LT Debt | -26,000.00 |
|         dd Payable | 6,655.56 |
|         New Mexico-Taxation & Revenue Department Payable | 8,594.19 |
|         Payroll Liabilities | |
|           Federal Taxes (941/944) | 3,246.76 |
|           Federal Unemployment (940) | 28.60 |
|           TX Unemployment Tax | -397.90 |
|         **Total Payroll Liabilities** | **2,877.46** |
|         Texas State Comptroller Payable | 6,186.58 |
|       **Total Other Current Liabilities** | **$134,479.08** |
|     **Total Current Liabilities** | **$197,079.53** |
|     Long-Term Liabilities | |
|       3025 A/P M E Paoli (City Bank) | 31,490.98 |
|       3030- A/P - Shelby Paoli | 5,384.96 |
|       3033 N/P Cougar RV 2013 | 13,222.90 |
|       3042 N/P City Bank Commercial Loan 4255 | 25,653.29 |
|       3045 Less Current Portion LT De | 26,000.00 |
|     **Total Long-Term Liabilities** | **$101,752.13** |
|   **Total Liabilities** | **$298,831.66** |
| Equity | |
|   Adjustment to Prior Years | |
|   Members Equity | 194,700.39 |
|   Opening Balance Equity | 42,013.45 |
| | -847.39 |

|  | TOTAL |
|---|---|
| Net Income | -234,732.45 |
| Total Equity | $1,134.00 |
| TOTAL LIABILITIES AND EQUITY | $299,965.66 |

# Di-Chem Quality Technologies, LLC dba ChemStation

## Profit and Loss
### November 2021

|  | TOTAL |
|---|---:|
| **Income** | |
| 6001 ChemStation Income | 1,116.50 |
| 6003 Di-Chem Income | 10,855.20 |
| 6010 Sales of Product Income | 3,393.90 |
| **Total Income** | **$15,365.60** |
| Cost of Goods Sold | |
| 7002 DiChem COGS | 5,866.62 |
| 7006 Meals-Cost | 115.80 |
| 7015 Fuel-Auto | 85.00 |
| 7030 Inventory Adjustment | -7,022.53 |
| Cost of Goods Sold | 932.20 |
| **Total Cost of Goods Sold** | **$ -22.91** |
| **GROSS PROFIT** | **$15,388.51** |
| **Expenses** | |
| 8045 Car/Truck Expense | 436.25 |
| Gas | 768.47 |
| **Total 8045 Car/Truck Expense** | **1,204.72** |
| 8080 Bank Charges | 5.97 |
| 8080 Bank Service Charges | 82.47 |
| 8240 Disposal Expense | 750.00 |
| 8300 Insurance Expense | -6,062.00 |
| 8430 Meals & Entertainment | 18.61 |
| 8440 Office Expense | 7.75 |
| 8540 Rent Expense | 3,784.29 |
| 8575 Sales Expense | 525.00 |
| 8650 Taxes-Other | 2,475.85 |
| 8680 Telephone and Fax | 755.51 |
| 8720 Utilities | 412.46 |
| Payroll Expenses | |
| Taxes | 1,905.46 |
| Wages | 24,907.86 |
| **Total Payroll Expenses** | **26,813.32** |
| Purchases | 134.72 |
| QuickBooks Payments Fees | 234.00 |
| **Total Expenses** | **$31,142.67** |
| **NET OPERATING INCOME** | **$ -15,754.16** |
| **NET INCOME** | **$ -15,754.16** |

Accrual Basis Wednesday, December 29, 2021 12:55 PM GMT-07:00

1/1

# Di-Chem Quality Technologies, LLC dba ChemStation

A/R Aging Summary
As of November 30, 2021

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| ABM Janitorial Services | | | | 771.61 | 9,523.18 | $10,294.79 |
| Adjustment Cust | | | | | 0.00 | $0.00 |
| Advantage Rent A Car | | | | | 1,723.78 | $1,723.78 |
| AMERICAN TIRE DISTRIBUTION | | | | | 432.84 | $432.84 |
| Borracho Jerky | 1,104.15 | | | | | $1,104.15 |
| Budget RentACar-Alb | | | | | 3,633.43 | $3,633.43 |
| C&W Services | | 440.00 | | | 440.00 | $880.00 |
| CHEMSTATION OHIO | | | | | -2,204.65 | $ -2,204.65 |
| City EP - Environmental Svcs | | | | | 650.00 | $650.00 |
| City of El Paso Streets and Maintenance Fleet Services | | | | | 1,937.50 | $1,937.50 |
| City of Santa Fe Bus | | | | | 2,575.50 | $2,575.50 |
| Coastal Transport | | | | | 386.40 | $386.40 |
| EAN - Abq | | | | | 3,080.58 | $3,080.58 |
| El Paso Tool and Die | 1,693.90 | 1,693.90 | | | 1,693.90 | $5,081.70 |
| El Paso Water Utilities - Northwest Plant | | | | | 1,365.00 | $1,365.00 |
| Flix Brewhouse El Paso | 2,697.05 | | | | | $2,697.05 |
| Flowers Baking Co. of El Paso, LLC | | 324.75 | | | | $324.75 |
| Fuels LLC | | 180.89 | | | | $180.89 |
| GCC (New Mexico) | | | | | | $0.00 |
|   Las Cruces | | | | | 2,869.91 | $2,869.91 |
|   Vado | | | | | 5,608.95 | $5,608.95 |
| **Total GCC (New Mexico)** | | | | | 8,478.86 | $8,478.86 |
| GCC (Texas) | | | | | -1,589.65 | $ -1,589.65 |
| Green Bay Packaging, Inc. | 1,451.67 | 2,441.95 | | | 19,800.65 | $23,694.27 |
| Jobe Materials, L.P. | | | | | | $0.00 |
|   Jobe  (Pellicano) | | | | | 1,349.66 | $1,349.66 |
|   Jobe Concrete Plant 1 | 920.13 | | | | | $920.13 |
|   Jobe Concrete - Dyer | 920.13 | | | | 1,400.19 | $2,320.32 |
| **Total Jobe Concrete Plant 1** | 1,840.26 | | | | 1,400.19 | $3,240.45 |
| **Total Jobe Materials, L.P.** | 1,840.26 | | | | 2,749.85 | $4,590.11 |
| MVT - El Paso | | | | | 18,007.61 | $18,007.61 |
| PNM | | 44.89 | | | 7,326.79 | $7,371.68 |
| Premier Distributing Company | | | | | 537.71 | $537.71 |
| Rush Peterbilt | | | | | 2,062.64 | $2,062.64 |
| Ryder - El Paso | | 3,190.02 | 2,398.17 | 2,417.87 | 2,852.29 | $10,858.35 |
| Santa Fe Brewing Company | | 20,646.18 | | | 176.68 | $20,822.86 |
| Southwest Concrete & Paving | | | | | 1,691.20 | $1,691.20 |
| Stewart EFI | | 1,838.10 | | | | $1,838.10 |
| Stewart EFI n | | 1,838.10 | | | | $1,838.10 |
| Texas Concrete & Asphalt | | | | | 5,066.10 | $5,066.10 |
| Tri State Electric Ltd. | | 2,422.74 | | | | $2,422.74 |
| Vinton Steel | | 2,180.00 | 1,035.50 | | 0.00 | $3,215.50 |
| **TOTAL** | **$8,787.03** | **$37,241.52** | **$3,433.67** | **$3,189.48** | **$92,398.19** | **$145,049.89** |

52,651.70

# Di-Chem Quality Technologies, LLC dba ChemStation

## A/P Aging Summary
### As of November 30, 2021

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | TOTAL |
|---|---|---|---|---|---|---|
| Adjustment | | | | | 0.00 | $0.00 |
| American Express | | | | | -12.71 | $ -12.71 |
| AT&T | | | | | 84.84 | $84.84 |
| Bridgestone | | | | | 162.35 | $162.35 |
| Butterworth & Macias, P.C. | | | | | 807.47 | $807.47 |
| ChemStation Buyers Association | | | | 243.42 | 4,320.64 | $4,564.06 |
| ChemStation International Inc. | | | | 243.00 | 0.10 | $243.10 |
| DPC Industries Inc | 2,831.59 | 8,606.40 | | | | $11,437.99 |
| El Paso Tax Assesor-Collector | | | | | 5,696.30 | $5,696.30 |
| EMC Insurance | | | | | 3,364.84 | $3,364.84 |
| Enviro Tech Chemical Services, Inc | | 1,580.00 | | | 1,500.00 | $3,080.00 |
| Grainger | | | | | 62.35 | $62.35 |
| Interstate Chemical Company | | | 5,669.34 | -226.40 | 5,114.31 | $10,557.25 |
| O'Reilly | | | | | 5.77 | $5.77 |
| Office Depot | | | | | -5.95 | $ -5.95 |
| Penske Truck Leasing Co | | | | | -3,382.35 | $ -3,382.35 |
| Quality Transport | | | | | 862.64 | $862.64 |
| R+L Carriers | | | | | 334.24 | $334.24 |
| Ri-Tech | | | | | -35.00 | $ -35.00 |
| Riverside Hardware | | | | | 56.94 | $56.94 |
| Ruben P Gonzalez | | | | | 88.00 | $88.00 |
| Toyota Industries Commercial Finance Inc | | | | | 525.48 | $525.48 |
| Truthfinder | | | | | -27.78 | $ -27.78 |
| UniFirst Holdings Inc. | | | | | 91.88 | $91.88 |
| Verizon Wireless | | | | | -240.04 | $ -240.04 |
| Water King | | | | 5.00 | 57.00 | $62.00 |
| TOTAL | $2,831.59 | $10,186.40 | $5,669.34 | $265.02 | $19,431.32 | $38,383.67 |

18,952.35 *(handwritten)*

# DI-CHEM & QUALITY TECHNOLOGY

## CAPITAL ASSETS

| | | DATE ACQUIRED | DATE SOLD | COST BASIS | AMT LIFE | AMT. RATE | Monthly Deprec/Amort. | PRIOR DEPR (2020) | CURRENT DEPREC 2021 | Accum.Amort / Deprec 12/31/2021 | BOOK VALUE 12/31/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **FRANCHISE** | | | | | | | | | | |
| | FRANCHISE | 4/4/2005 | | 25,000 | 15 | 0.066667 | | 25,000 | | 25,000 | - |
| | FRANCHISE | 10/15/2015 | | 500 | 15 | 0.066667 | 2.78 | 173 | 33.33 | 206 | 294 |
| | **FRANCHISE** | | | 25,500 | | | | 25,173 | 33.33 | 25,206 | 294 |
| | **VEHICLES** | | | | | | | | | | |
| | 2019 TOYOTA TACOMA WHITE | 3/29/2019 | | 34,149 | 5 | 0.2 | | 13,660 | 3,414.90 | 17,075 | 17,075 |
| | 2019 NISSAN TITAN | 6/1/2019 | | 40,330 | 5 | 0.2 | 672.17 | 16,132 | 8,066.00 | 24,198 | 16,132 |
| (sold) | 2012 NISSAN TITAN (215000 MILES) | 12/1/2012 | | 25,000 | 5 | 0.2 | | 25,000 | | 25,000 | - |
| | 2013 COUGAR RV | 10/1/2014 | | 21,140 | 5 | 0.2 | | - | | | |
| (sold) | 2000FORD F-550 SUPER DUTY | 12/1/2015 | | 20,000 | 5 | 0.2 | | 20,000 | | 20,000 | - |
| | | | | 140,619 | | | | 74,792 | 11,480.90 | 86,273 | |
| (sold) | 2013 COUGAR RV | | 2020 | (21,140) | | | | (21,140) | | (21,140) | |
| (sold) | 2019 TOYOTA TACOMA WHITE | | Jun-21 | (34,149) | 5 | 0.2 | | (13,660) | (3,414.90) | (17,075) | |
| | **VEHICLES** | | | 85,330 | | | | 39,992 | 8,066.00 | 48,058 | 37,272 |
| | **MACHINIERY AND EQUIPMENT** | | | | | | | | | | |
| | 2018 INTERNATIONAL BOX (LEASED) | 5/1/2019 | | 4,000 | | | | | | | 4,000 |
| | 2018 INTERNATIONAL STACK (LEASED) | 7/1/2019 | | 4,500 | | | | | | | 4,500 |
| | PRIOR YEARS EQUIPMENT | 1/1/2019 | | 48,418 | 5 | 0.2 | | 48,418 | | 48,418 | - |
| | CHEMICAL PUMP | 3/27/2014 | | 433 | 5 | 0.2 | | 433 | | 433 | - |
| | OKI DATA PRINTER | 10/9/2014 | | 250 | 5 | 0.2 | | 250 | | 250 | - |
| | CHEMSTATION INTL PRESSURE T | 10/27/2014 | | 517 | 5 | 0.2 | | 517 | | 517 | - |
| | LARRY SMITY MIXING TANK | 1/10/2015 | | 615 | 5 | 0.2 | | 615 | | 615 | - |
| | 2000 GREAT DAN TRAILER | 7/24/2015 | | 2,900 | 5 | 0.2 | | 2,900 | | 2,900 | - |
| | FLOOR SCALE | 7/27/2015 | | 799 | 5 | 0.2 | | 799 | | 799 | - |
| | 2012 WORKBENCH | 12/31/2015 | | 1,203 | 7 | 0.142857 | 14.32 | 1,107 | 96.00 | 1,203 | - |
| | CHEMSTATION BUYERSHYDRO | 5/12/2016 | | 1,083 | 5 | 0.2 | | 1,083 | | 1,083 | - |
| | CHEMSTATION GMP | 6/30/2016 | | 813 | 5 | 0.2 | | 813 | | 813 | - |
| | CHEMSTATION PROPORT | 7/5/2016 | | 812 | 5 | 0.2 | | 812 | | 812 | - |
| | CHEMSTATION PROPORT | 7/11/2016 | | 842 | 5 | 0.2 | | 842 | | 842 | - |
| | CHEMSTATION INTERNATIONAL | 7/14/2016 | | 250 | 5 | 0.2 | | 250 | | 250 | - |
| | CHEMSTATION INTERNATIONAL | 7/15/2016 | | 10,073 | 5 | 0.2 | | 10,073 | | 10,073 | - |
| | CHEMSTATION 14 PM | 7/26/2016 | | 2,477 | 5 | 0.2 | | 2,477 | | 2,477 | - |
| | CCINDUSTRIAL | 7/27/2016 | | 723 | 5 | 0.2 | | 723 | | 723 | - |
| | 80 GALLON TANK | 3/31/2015 | | 140 | 5 | 0.2 | | 140 | | 140 | - |
| | 220 GALLON TANK | 3/31/2015 | | 1,062 | 5 | 0.2 | | 1,062 | | 1,062 | - |
| | 80 GALLON TANK | 3/31/2015 | | 140 | 5 | 0.2 | | 140 | | 140 | - |
| | 80 GALLON TANK | 3/31/2015 | | 140 | 5 | 0.2 | | 140 | | 140 | - |
| | 165 GALLON TANK | 3/6/2009 | | 383 | 7 | 0.142857 | | 383 | | 383 | - |
| | TOYOTA FORKLIFT | 1/17/2017 | | 19,597 | 7 | 0.142857 | 233.30 | 18,110 | 1,487.00 | 19,597 | - |
| | TOYOTA FORKLIFT | 1/17/2017 | | 20,932 | 7 | 0.142857 | 249.19 | 19,344 | 1,588.00 | 20,932 | - |
| | **MACHINIERY AND EQUIPMENT** | | | 123,102 | | | 1,171.75 | 114,602 | 3,171.00 | 114,602 | 8,500 |
| | **TOTAL** | | | 233,932 | | | | 162,660 | 11,237.00 | 162,660 | 46,066 |

**Bank reconciliation**
Account #2770
11/30/2021

| | | |
|---|---:|---:|
| Bank balance 11/30/2021 | | 48,834.90 |
| | | |
| (-) Deposits not posted in books | | |
| 11/02 Payable ChemStation | 2,509.52 | |
| 11/19 ACH Paymt Tri State | 2,341.93 | (4,851.45) |
| | | |
| (+) Withdrawal not posted | | |
| Diff in tax payment | 1.91 | 1.91 |
| | | |
| Book balance 11/30/2021 | | 43,985.36 |



**City Bank**
Member FDIC
P.O. Box 5060 Lubbock, Texas 79408-5060

RETURN SERVICE REQUESTED

**November 2021**
Account Number XXXXXX2770
Statement Period: 11/01/21 - 11/30/21
Page 1 of 5

DI CHEM AND QUALITY TECHNOLOGY LLC
198 VALLEY CHILI RD
VINTON TX 79821 - 7294

Shop with confidence this holiday season with our fully-featured debit cards that offer zero liability, extended warranty insurance, and more. Plus, our real-time text alerts help you keep tabs on your transactions. Learn more about these features at city.bank.

## SUMMARY OF ACCOUNTS

| ACCOUNT | ACCOUNT NUMBER | PREVIOUS BALANCE | CURRENT BALANCE |
|---|---|---|---|
| COMMERCIAL CHECKING | XXXXXX2770 | $68,689.38 | $48,834.90 |
| **Total Deposit Accounts** | | $68,689.38 | $48,834.90 |

COMMERCIAL CHECKING ACCOUNT NUMBER XXXXXX2770

### ACTIVITY SUMMARY

| Previous Balance on 11/01/21 | Deposits (4) | Withdrawals (63) | Interest Earned | Annual Percentage Yield Earned | Current Balance |
|---|---|---|---|---|---|
| $68,689.38 | $29,779.61 | $49,634.09 | $0.00 | | $48,834.90 |

| Days in Statement Period | Average Daily Balance | Average Collected | YTD Interest Paid | Enclosure Count | |
|---|---|---|---|---|---|
| 30 | $52,748.45 | $52,084.85 | $ | 16 | |

### DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 11/02 | PAYABLES CHEMSTAT INT1691 CHEMSTATION EL PASO 12605 | 2,509.52 |
| 11/19 | ACH Paymen Tri State Electr Chemstation 1350 | 2,341.93 |
| 11/23 | DEPOSIT | 20,133.22 |
| 11/24 | PY11/23/21 Jobe Materials, ChemStation 000004587 | 4,794.94 |

### WITHDRAWALS AND DEDUCTIONS

| Date | Description | Amount |
|---|---|---|
| 11/01 | POS DEB 1835 10/29/21 17435603 RIO GRANDE SUP RIO GRANDE SUPE CANUTILLO TX C#9777 | 50.00 |
| 11/02 | DBT CRD 1307 11/01/21 DBKD3CKR WASTE CONNECTIONS SPRING TX C#9751 | 400.00 |
| 11/02 | DBT CRD 1234 11/01/21 DBIR00KR WASTE CONNECTIONS SPRING TX C#9751 | 358.54 |
| 11/02 | POS DEB 1601 11/01/21 57391600 SAMSCLUB #8153 7970 NORTH MESA EL PASO TX C#9751 | 3.98 |
| 11/03 | USATAXPYMT IRS DI-CHEM & QUALITY TECH 227170766079722 | 3,216.07 |
| 11/05 | POS DEB 1310 11/05/21 92056800 PILOT #0435 2015 ANTONIO STREE ANTHONY TX C#9777 | 160.46 |
| 11/05 | POS DEB 1603 11/04/21 31375400 PETRO STOPPING 601 WESTWAY BLVD CANUTILLO TX C#9777 | 85.00 |
| 11/08 | TRD PMNT TAX_REV_GRT_ECKS CHEMSTATION 1384812288 | 2,385.87 |
| 11/08 | POS DEB 1145 11/08/21 30799400 O REILLY AUTO 5188 DONIPHAN EL PASO TX C#9751 | 40.46 |
| 11/08 | POS DEB 1330 11/06/21 00000024 CIRCLE K 06288 CIRCLE K 06288 566 EL PASO TX C#9751 | 68.00 |
| 11/08 | POS DEB 0931 11/08/21 00671014 WM SUPERCENTER Wal-Mart Super Cen EL PASO TX C#9777 | 5.35 |
| 11/09 | POS DEB 1030 11/09/21 00145191 SAMS CLUB #624 SAM S Club EL PASO TX C#9777 | 65.22 |
| 11/09 | PAYMENTS DISCOVER \TEL | 18.38 |
| 11/10 | DBT CRD 0909 11/09/21 DBQ0LBHB AT&T IVR 8003310500 TX C#9777 | 222.84 |
| 11/12 | QuickBooks 18004INTUIT WEB 5929071 R | 83.69 |
| 11/15 | ACCOUNT ANALYSIS CHARGE | 5.97 |

## November 2021

Account Number XXXXXX2770
Statement Period: 11/01/21 - 11/30/21   Page 2 of 5

| Date | Description | Amount |
|---|---|---|
| 11/15 | DBT CRD 1515 11/12/21 DBDBXSRN WASTE CONNECTIONS SPRING TX C#9751 | 350.00 |
| 11/15 | DBT CRD 1839 11/12/21 DBLIQZDS INTUIT *QUICKBOOKS ONL CL.INTUIT.COM CA C#9751 | 85.28 |
| 11/15 | DBT CRD 1843 11/12/21 DBL8J3V5 INTUIT *QUICKBOOKS PAY CL.INTUIT.COM CA C#9751 | 65.03 |
| 11/15 | POS DEB 1525 11/12/21 94997100 O REILLY AUTO 5188 DONIPHAN EL PASO TX C#9751 | 9.72 |
| 11/17 | USATAXPYMT IRS DI-CHEM & QUALITY TECH 227172166132950 | 3,301.41 |
| 11/18 | BILL PAY EL PASO ELECTRIC \TEL | 412.46 |
| 11/18 | DBT CRD 1554 11/17/21 DBTRYB9W ANIMAL HLTH INTL EL PA 866-2211867 TX C#9777 | 108.00 |
| 11/18 | BILLPAYFEE BILLMATRIX \TEL | 2.35 |
| 11/18 | POS DEB 0825 11/18/21 72981926 DENNY S #7298 DENNY S 7298 TRUTH CONSQ NM C#9777 | 15.72 |
| 11/18 | POS DEB 1056 11/18/21 05486295 BLACK MESA TRA BLACK MESA TRAV ALGODONES NM C#9777 | 109.57 |
| 11/18 | DBT CRD 0932 11/18/21 DBHHFXJC VZWRLSS*IVR VB 800-922-0204 FL C#9751 | 416.76 |
| 11/18 | POS DEB 0700 11/18/21 08685300 PILOT #0435 2015 ANTONIO STREE ANTHONY TX C#9777 | 121.43 |
| 11/19 | POS DEB 0816 11/19/21 08163716 Speedway 7900 Speedway 7900 Art El Paso TX C#9751 | 68.74 |
| 11/19 | POS DEB 1456 11/18/21 00840166 WM SUPERCENTER Wal-Mart Super Cen LOS LUNAS NM C#9777 | 19.42 |
| 11/22 | DBT CRD 1518 11/19/21 DBR2BIB1 CHEDDARS 0202000020867 ALBUQUERQUE NM C#9777 | 24.51 |
| 11/22 | DBT CRD 1240 11/19/21 DBJQRA6P EL PASO COUNTY TAX ASS NASHVILLE TN C#9751 | 1.98 |
| 11/22 | POS DEB 0759 11/22/21 07582545 Speedway 7900 Speedway 7900 Art El Paso TX C#9751 | 69.97 |
| 11/22 | POS DEB 1411 11/19/21 00997469 ALON DK # 5201 ALON DK 5201 FAI EL PASO TX C#9777 | 75.00 |
| 11/22 | POS DEB 1038 11/22/21 87863200 O REILLY AUTO 517 S MAIN ST STE ANTHONY TX C#9751 | 32.42 |
| 11/22 | POS DEB 1404 11/19/21 44025096 NNT HARBOR FRE 10060 DYER ST EL PASO TX C#9777 | 244.48 |
| 11/22 | DBT CRD 1240 11/19/21 DBXQT7LK EL PASO COUNTY TAX ASS EL PASO TX C#9751 | 88.00 |
| 11/23 | DD WEBFILE TAX PYMT 33311/12345/EDI/XML - 902/04348876 | 884.28 |
| 11/24 | DBT CRD 1633 11/23/21 DBWM401K DONIPHANS AUTO EXPRESS EL PASO TX C#9751 | 87.39 |
| 11/24 | POS DEB 1543 11/23/21 74813600 O REILLY AUTO 5188 DONIPHAN EL PASO TX C#9751 | 21.78 |
| 11/24 | TRD PMNT TAX_REV_GRT_ECKS CHEMSTATION 1637830400 | 1,030.17 |
| 11/26 | DBT CRD 1327 11/24/21 DBAVISCO SQ *ABC LOCK & KEY OF EL PASO TX C#9751 | 5.40 |
| 11/26 | DBT CRD 1033 11/24/21 DBSUWCRF SQ *ERNESTOS MEXICAN F ANTHONY NM C#9751 | 46.82 |
| 11/26 | POS DEB 0756 11/25/21 07530283 Speedway 4990 Speedway 4990 Don El Paso TX C#9751 | 40.50 |
| 11/29 | POS DEB 1022 11/29/21 10234590 Speedway 4990 Speedway 4990 Don El Paso TX C#9751 | 54.80 |
| 11/30 | DBT CRD 2018 11/30/21 DBUK7W8A APPLE.COM/BILL 866-712-7753 CA C#9751 | 10.81 |
| 11/30 | DBT CRD 1257 11/29/21 DBYJCJ1E CARNITAS QUERETARO INC EL PASO TX C#9751 | 18.61 |
| 11/30 | DBT CRD 1300 11/30/21 DBT4UJMM APPLE.COM/BILL 866-712-7753 CA C#9751 | 0.99 |

### Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
|  | 11/01 | $1,164.97 | 12 * | 11/01 | $1,679.22 | 19 | 11/29 | $4,450.18 |
|  | 11/02 | $3,784.29 | 13 | 11/01 | $2,667.53 | 20 | 11/23 | $104.11 |
|  | 11/15 | $1,142.24 | 14 | 11/01 | $4,450.19 | 22 * | 11/30 | $1,792.23 |
|  | 11/24 | $525.00 | 17 * | 11/16 | $1,953.00 | 23 | 11/29 | $2,667.53 |
|  | 11/26 | $1,142.24 | 18 | 11/29 | $2,667.54 | 24 | 11/29 | $4,450.19 |

* Indicates missing check numbers

### Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | $58,677.47 | 11/12 | $50,288.84 | 11/23 | $63,052.14 |
| 11/02 | $56,640.18 | 11/15 | $48,630.60 | 11/24 | $66,182.74 |
| 11/03 | $53,424.11 | 11/16 | $46,677.60 | 11/26 | $64,947.78 |
| 11/05 | $53,178.65 | 11/17 | $43,376.19 | 11/29 | $50,657.54 |
| 11/08 | $50,678.97 | 11/18 | $42,189.90 | 11/30 | $48,834.90 |
| 11/09 | $50,595.37 | 11/19 | $44,443.67 |  |  |
| 11/10 | $50,372.53 | 11/22 | $43,907.31 |  |  |

# Di-Chem Quality Technologies, LLC dba ChemStation

**Balance Sheet**
As of November 30, 2021

| | TOTAL |
|---|---:|
| **▼ ASSETS** | |
|   ▼ Current Assets | |
|     ▼ Bank Accounts | |
|       1005 Petty Cash | 0.00 |
|       1039-Savings 2296 | 0.00 |
|       1040 ACH Account 4809 | 0.00 |
|       1045 ACH 7204 | 0.00 |
|       1050 Ice Time 7328 | 0.00 |
|       1055 Randi's Debit Card 3690 | 0.00 |
|       1060 New Account 26702770 | 43,985.36 |
|       1065 New Operation 9533 | 0.00 |
|       1070 New Payroll 9541 | 0.00 |
|       26702770 | 0.00 |
|       Checking | 0.00 |
|     **Total Bank Accounts** | **$43,985.36** |