**The relief described hereinbelow is SO ORDERED.**

**Signed January 18, 2022.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **DI-CHEM AND QUALITY** | ) | Case No. 21-30650-HCM |
| **TECHNOLOGY, LLC,** | ) | Chapter 11 |
| | ) | |
| **Debtor.** | ) | |

**ORDER GRANTING DEBTOR'S MOTION TO SELL PERSONAL PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §363 & RULE 4001
(TWO TRAILERS)**

Came on this day to be considered the Motion to Sell Personal Property of the Estate Pursuant to 11 U.S.C. §363 (Two Trailers) (the "Motion") filed by Di-Chem and Quality Technology, LLC, the Debtor herein ("Di-Chem"), through its attorneys of record Miranda & Maldonado, P.C.

After consideration of the pleadings and the Court finding that no objections to the Motion have been filed, this Court is of the opinion that the relief requested in the Motion should be granted in its entirety.

It is therefore, ORDERED, ADJUDGED, and DECREED that Di-Chem and Quality Technology, LLC is authorized to sell the two (2) trailers described and pictured in the Motion consisting of a single-axle and double axle-trailer (the "Trailers") to Juan Bayarena ("Purchaser") for the amount of $1,000 to be paid in certified funds, cashier's check, or money order, no later than ten (10) days from the date of the entry of this Order.

It is further ORDERED, ADJUDGED, and DECREED that the sale of the Trailers shall be free and clear of any interest, claim, encumbrance, charge, lien, or security interest of any creditor, claimant, or third-party.

It is further ORDERED, ADJUDGED, and DECREED that Di-Chem in the event the sale to the Purchaser cannot be consummated, Di-Chem is authorized to sell the Trailers to any third-party for an amount of not less than $1,000 under the same terms approved for the original Purchaser.

It is further ORDERED, ADJUDGED, and DECREED that Marco Paoli on behalf of the Estate of Di-Chem and Quality Technology, LLC is authorized to execute any document, including Certificates of Title or Bills of Sale to effectuate the transfer of ownership from the bankruptcy estate to the Purchaser.

It is further ORDERED, ADJUDGED, and DECREED that the Sales Proceeds may be deposited into Di-Chem's operating account and used for postpetition operating expenses.

***

**Order Prepared By:**
**Miranda & Maldonado, P.C.**
**Carlos A. Miranda, Esq.**
**5915 Silver Springs, Bldg. 7**
**El Paso, Texas 79912**
**(915) 587-5000 (Telephone)**
**(915) 587-5001 (Facsimile)**
**cmiranda@eptxlawyers.com**
**cmaldonado@eptxlawyers.com**
**Attorneys for the Debtor**